IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL P. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1311-JJF |
| | ) |
| STATE OF DELAWAE, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO DISMISS**
**Pursuant To Fed. R. Civ. P. 12(b)(1) and (6)**

Defendant State of Delaware respectfully requests that this Honorable Court enter an order dismissing the above-captioned complaint filed by Russell P. Smith ("Plaintiff"), pursuant to Fed. R. Civ. P. 12(b)(1) and (6). Defendant's Opening Brief in Support of its Motion is filed simultaneously herewith.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/_____
Peter S. Feliceangeli, ID No. 28
Gregory E. Smith ID No. 3869
Deputy Attorneys General
Carvel State Building, 6th Floor
820 North French Street
Wilmington, Delaware 19801
(302) 577-8400

Dated: March 1, 2005                     Attorneys for Defendant State of Delaware

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RUSSELL P. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1311-JJF |
| | ) |
| STAE OF DELAWAE, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

AND NOW, TO WIT, this _____ day of _____, 2005, the foregoing Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12 (b)(1) and (6) having been heard and considered, it is hereby **ORDERED** that Defendant State of Delaware's motion is granted and Judgment entered in favor of Defendant State of Delaware.

_____
Joseph J. Farnan, Jr.
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that on March 1, 2005 he caused the attached *Motion to Dismiss* to be delivered to the following person(s) in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Russell P. Smith
P.O. Box 11744
Wilmington, Delaware 19850

**MANNER OF DELIVERY:**

   X      Two true copies by first class mail, postage prepaid, to each recipient

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/_____
Gregory E. Smith, ID No. 3869
Deputy Attorney General
Carvel State Building, 7th Floor
820 North French Street
Wilmington, Delaware 19801
(302) 577-8398
Attorney for State of Delaware