IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RUSSELL P. SMITH,                :
                                 :
        Plaintiff,                :
                                 :
    v.                           :   Civil Action No. 04-1311-JJF
                                 :
STATE OF DELAWARE,               :
                                 :
        Defendant.                :

## O R D E R

At Wilmington, this 7 day of September 2005, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Defendant's Motion To Dismiss (D.I. 22) is **GRANTED**.

2. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

3. Plaintiff's Motion For Consolidation And Transfer By The Judicial Panel On Multi-District Litigation (D.I. 3) is **DENIED AS MOOT**.

3. Plaintiff's Motion For Certification Of Class; And, Request For Appointment Of Class Counsel (D.I. 6) is **DENIED AS MOOT**.

4. Plaintiff's Notice Of Petition And Verified Petition For Warrant Of Removal (D.I. 14) is **DENIED AS MOOT**.

5.   The Motion To Intervene As Plaintiff-Intervenor; And/Or Motion For Joinder As A Necessary Party Plaintiff (D.I. 21) filed by Kerry G. Peatt is **DENIED AS MOOT**.

_____
UNITED STATES DISTRICT COURT