To: Honorable Judge Joseph J. Farnan
From: Kerry G Peatt
Date: 9.5.05
Case: 04-1311-JJF

I am writing this letter because it is coming up on a year and I have not heard if I will be aloud to present my case. I find this very discouraging that I have to wait this long to get permission to bring grievances, report of crimes before the court. I will probably not be alive or at least free person by the time you rule, not that I am now. I am in the end of days with this state, because they just will not let it be and continue their terrorism and lawless behavior. It is terrorism because of the way they misuse and exploit the laws against people that are poor and defenseless and their only crime is that they did not know what they were doing is Exploitation of that fact. I have learned some very bad lessons and if I knew then what I know now they would have not gotten away with what they did! This is coming from someone who used to believe in law and order and the American way, Yes we are a "hard working and generous people" and it seams are government is not. I have watched in the last 20 years a shift in government of the people to a government over the people and the "no comment crew", you know this is not the way it is supposed to be no matter what they say we need or clever loophole they create. Anyway, I have enclosed further complaints and evidence that I tried to deal with the offenders in a civil manner, but to this day not one has or will step up and say this is wrong and even talk to me. I am outraged at the Delaware family court system and am stating for the record that someday they will answer for their crimes even if they get away with it now, the responsible party's will answer to a higher authority. As for me, I wake every day cursing the sunlight and mourning the sunset, do you think they can make me see things their way? Maybe little more oppression, how about some physical torture," I am much better at that" then the seven years of slow, unaccountable, Nazi like, policy of this states agencies. "I'm just doing my job" now where have we heard that before? Nuremberg? Well I am done writing and wrote this as a matter for record so that others will be able to see what I went through and endured. Some facts "every six minutes a parent takes their life" There are 20 million "ncps" and 35 million children affected.

Respectfully,
Kerry G Peatt

*[signature]*

**FILED**

SEP - 7 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## DEMANDS

Date 9-6-2005

> "We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights that among these are Life, Liberty and the pursuit of Happiness."-Declaration of independence

**The state of Delaware has committed acts of war against a sovereign citizen that precedes their state sovereignty, they are bound to the constitution and I am not, my rights are not negotiable.**

I am writing this so the next arrogant or clueless government official gets the picture. I cant believe it people actually ask me "what I want" ok here it is : **I want my god given rights restored,** all of them that were taken by the divorce industry's illegal organized crime racket, The family court, DSCE, lawyers, mediators ,clerks, commissioners, secretary's, governors office personnel. That is a start, I want accountability and I want them tried and sentenced for treason "get the message?" well that is not going to happen but you get an idea just how angry I am! They are responsible for crimes against humanity in my judgment and deserving of that in my mind. They have taken everything from me and I resent them breathing my air, they are a slap in the face to the human race and America in general. Am I making sense to you now? They have driven another parent to the brink of thinking that can only be reached, by someone that has been tortured for years to hate that badly and want to challenge them. I am sure they are just praying that I commit suicide or get violent so they can lock up so they have the "excuse" they need to appear as the "victim". They are so cleverly good at doing "at least they think" I have no problem with defending myself against these tyrants and their cohorts it is my right to do so and they have been warned repeatedly not to play the arrogance and unaccountable game with me. **1" That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government". 2 for depriving us in many cases, of the benefits of Trial by Jury:3: In every stage of these Oppressions We have petitioned for Redress in the most humble terms: Our repeated Petitions have been answered only by repeated injury.** THE DECLARATION OF INDEPENENCE- Do you think they can coerce me, Do you think I am going to wait for them to arrest me on the "contempt of court?" another vague charge they will use next to "coerce me". You think that will change my mind. I have been turned down by every government agency for help, no unemployment left, social security, you took everything except my blood but you are going to have to fight me for it. So get out from behind your desks, your cheap suites, and stop hiding behind children as an excuse you cowards and just bring it. I am more than ready to dispel all that radical feminist insanity of "No fault divorce and absentee child support." I want my rights restored, I want them held accountable and to be compensated for their crimes, that is a start. Further, I want to be heard in a real court or before a the three judge panel, no more rubber stamp justice, no more kangaroo court, no more incompetent wantabe judges, no more misapplication or deceptions of "alleged law". The right to challenge all the myths they assert in application of the alleged laws they created, since

most were done long before my time and others recently behind closed doors, makes them "unconstitutional". This includes but not limited to "the melson formula", Delaware code, civil code, rules of evidence, courtroom procedures, and the release of internal documents and statistics, which would prove their claims. "After all it's their job to prove their case not mine"

**1:** The return of legal custody of my 2 sons that was illegally taken by the "alleged" family court. I ask only legal custody since I have not seen them since the divorce proceedings and the reasons for that is, a bitter ex using the system to kidnap the kids and lie about everything to the court and the court gladly conspired. They listen to her well-rehearsed tearjerker story for over 1 hr and a half and when I got a chance to speak well that did not happen. The judge noticed that the secret time limit that we now know exists in the process was expired. I have confirmed this because they have a schedule for everything 15-20 min window for normal arguments and up to 2 hrs for custody issues. We were not supposed to have lawyers but that changed so where did she get the money for a lawyer, since we had none? **A:** I was not visiting at time because I needed time to process the deception discovered at the time of our divorce ,"the other man" I felt it was in the "best interest" of everyone involved since betrayal and post traumatic stress don't mix well. **B:** Then to prove their was an attempt to kidnap bye the other side just refer to the record "she wanted to have supervised visitations?" I first am not going to ask permission to see my kids nor have some 10hr social worker tell me what I can and cannot say! In addition, I am not going to pay some counselor to tell me things I already know and be brow beaten to get a "parenting certificate". I was never an "absent parent" I was just as much if not more a parent as she was. To bad, the court never heard any of this! That is what I am most upset about and proves the system does not work. How can the say they are representing "the best interest "when they don't hear any facts but the ones that support radical feminist notion of "absentee child support".

**2:** The immediate sanctions and investigation into the division of child support for all the reasons previously complained about, here are a few. The immediate look into accounting practices. The misuse of computer systems to threaten and harass. The cover up and concealment of "their clients" activities that causes false arrears. See child support complaint. The immediate return of my driver's license "privilege" as called by many. How clever they call it a "privilege" like it is solely their decision or right? Well their part right it is a "privilege" that is secured under my absolute right to freedom of movement on public highways that cannot be restricted for private citizens as deemed by higher courts in this land.-see attached: right to travel

**3:** Due to all the unlawful and criminal activities in the divorce industry in the state of Delaware, I am requesting an investigation by a outside impartial party, I do not feel I can receive a fair hearing in this state nor do I feel safe anymore and am in fear of my safety. These are already proven facts but still arrogantly ignored by all involved. The right to hold all parties accountable in their official and individual capacities and to hold them civilly and criminally responsible, to seek monetary relief, fines, restitution, and tort claims.

**4:** The right to have the many witnesses and watch groups, media and any other interested parties to be included in the proceedings that the court knows exists and tries to discourage.

Kerry G Peatt

9-6-05

*[signature]*

## Family court fun

I am hereby writing the family court to advise that I am in the grievance process in regard to the way the divorce industry of this state operates. I have put up with 7 yrs of the most incompetent and abusive treatment that is simply beyond human understanding. To start the alleged "laws" are not laws but cleverly constructed codes in a legal cloud of deception, the tricks and interpretation are a disgusting display of what is "due process "and even worse is the way that your own children are used as human shields makes it a cowardly act of terrorism. Starting with the bitter ex that files for the proceeding and is taught every dirty trick known as the "silver bullet technique" that's where the clever lawyer tells them to file no fault divorce and get the other out of the house, even if they have to lie a little "threatening police action" as in my case. Then even though the court has ordered that no property or money can expended until the divorce the lawyer has clever tricks like letting things go into default and getting repossessed and then making a deal to buy it back to get the title! I didn't understand the process but after these 7 yrs and thousands of case studies, I realize that it's not over exaggerated rumors, its worse than I can comprehend. I found it hard to believe in this country this kind of government sponsored terrorism is going on but it is. Why because its about the money, 66% the states receive in federal money, so what's to give someone a fair hearing, well if you are middle upper class you and try and use a lawyer "dream on" the average argument is a 3000 dollar retainer and that just per issue by the time most are done their legal fees will be 150-300 thousand dollars, and that wont guarantee anything in some cases. It is said in upcoming years the family court will be remembered as the biggest crimes against humanity organization that ever existed. The lawyers say "its how we make a living" "that's just the way it is" and I thought mercenaries were bad. The problems and tricks used in this industry need to cease, its no wonder people want to commit violence against you, you incite violence. What is really despicable is the way lower income and at risk people are taken advantage of with the use of "rubber stamping cases" a cleverly designed system streamlined to maximize time and money, you send these types their court notices and tell them to show up and then run them thru proceedings without representation or advise and you know they don't understand and take full advantage of them. That is wrong and the court knows better," The courts have an higher obligation then the people" the law is the peoples not the other way around but you would not know this in family court. Every conceivable protection has been eliminated under loopholes and vague interpretation of "domestic law", that is just a way of saying the judge can do whatever they want. I know because I went to hearing after hearing and never got to defend myself, I didn't understand that these hearings are not arguable, pretty much it's sit down and shut up. and they are "private" which is another trick to get away with it behind closed doors once again getting around "the courts shall be open to the public" They only will discus the issue at hand and nothing else" another way of maximizing profit" Here are some of the things that are wrong in Delaware's "award winning court" according to them "every state thinks that" .The no fault divorce, what a joke "theirs always fault" I cant believe this state allows this, it shouldn't exist, its just a low blow first strike tactic where one party takes all and uses the system to do it! The SOLE custody rulings, sole custody is a loss of All ones rights in all regards to their children ,the court does not tell you this they cleverly ask the person usually the male but not

always "do you have a problem with the kids living with the mother' Sign here. BAM its all over you are now essentially a sperm donor with a bank account! You lost all your rights and have to beg the court for "visitation" Clever aren't they? Sole custody is usually reserved for extreme cases, like domestic violence or criminals that may be harmful to the children, not because you're poor. Even criminals still have rights to their children, but not poor people? Next the child support formula known as the "melson formula" a shared income module used in only three states. In Delaware their supposed to take the earning capacities of both parents for three years and go from their, well don't count on it in my case it was my check and three weeks, the other claimed they couldn't work. In any case what's wrong with the formula is .since when is the government one to tell how much we spend on our children certainly not 50 -60 % of disposable income right? Well that's what they think and the alleged study's supporting that are now know to be false "according to former gov employees" they were told to submit false findings and studies" imagine that? Are government lying? No way. Next is all the dirty tricks that are used by the court, my favorite is the 10 day filing rule, Its hard enough for unrepresented people to try to figure out the system and its even worse when the court gives you 10 days to respond after they took 7-8 days to mail a decision to you" happens all the time to me! They will say "it's not a hard timeline "don't believe it! They used it several times against me "when money was involved" .The other trick they use is certified mail "do you have your green sticker trick" you are supposed to send certified letter to known bad address? That's what they say; on the reverse do they certify mail? Never, the rule doesn't apply to them. I got stuck waiting court time about 8 months and they didn't want to give credit waiting my turn? Just another of their money tricks! When lower court staff makes a mistake it's "oh well" but you try to say that see what happens also don't go to mediation it's a waist of time and something else they don't tell you those morons known as "commissioners" aren't judges but wantabees You have the right to go before a real "judge" so when the commissioner screws you over, request a hearing before a judge, its your right, but don't hesitate or they get you with the 10 day trick. .The Delaware code is a joke section 13 says that both parents are treated equally and have the same rights "try telling the school or police that" have a problem don't call them "they don't get involved in family matters" unless they can arrest someone! You need to go to family court "yea right and wait a year or more to resolve my issue "And the division of child support "what a bunch of morons" They can't do anything but screw up what you have, like harassing your employer with the same order over and over, and they cant calculate a simple formula "they do things on yearly basis" bad news if the court did it bi-weekly! Try to tell them about it and they laugh nervously and say "it all works out' It's a big laugh amongst the attorneys, but I'm not laughing. Their great at sending harassment, but try to exercise you right to fix a problem with a administrative hearing, don't bother "I'm still waiting from 2003" get laid off or downside they will be proficient at administrative liens, credit reporting ,drivers license suspension, tax intercept ,passport denial ."How does that help" Here's a good law why don't you make a NCP a priority for job hiring? Makes too much sense doesn't it? Also did you know that they are not the proper party in a civil case and need permission to be joined to a case! But if you were stripped of custody they get around that "another great trick" On to the child advocates they are supposed to represent the children's interest in the case, Don't call them unless your ex is beating the crap out of them " They cant handle the 80 cases

they have now" I nearly hit the roof ! 80 &*@!@# cases and your overloaded! Well I guess so much for the "interest of the children crap" The Delaware family court system is nothing but a bunch of organized bunch of criminals made legal and I have no respect for them, they earned that, I gave them every opportunity to act like the institution they profess to be but now I know better!   So don't look to settle problems that you might have with them it's a full fledged conspiracy worthy of the RICO act "the racketeering and organized crime statue". They say so quickly in criminal court "if you are going to act like a criminal we will treat you like one" Well I say "If your going to treat me like a felon, I will act like one"  They have to worry about security gee I wonder why! Here's some advice when you strip someone of their rights, kids, money, property, sanity, you may as well kill them, its much more humane then doing it later when there out of their mind.

Just for your info I am not a lone "crazy NCP" but part of 90 groups that equal 20millon ncp's and 35 million children in the US alone. "Remember every dog has its day"

Kerry g Peatt

*"Rebellion against tyrants is obedience to God." Thomas Jefferson*






K Pratt
122 Garrett Rd
Newark, DE 19713

U.S. District Court
J. Caleb Boggs Federal Bldg
844 N. King St
Wilmington, DE 19801

Attn: Hon Judge Farnan