## Complaint

To: Attorney generals office

Date: 8-16-05

From: Kerry g Peatt



I am officially notifying your office and request immediate action on unlawful actions both civil and criminal in nature. I am requesting actions against the family court its commissioners and lower court staff i.e. clerks, case workers and the division of child support, director, case workers, and clerks, in their official and individual capacities. "People are not states" "unlawful activity waives immunity"

> "An officer [or any person in government office i.e. Judge] who acts in violation of the Constitution ceases to represent the government." *Brookfield Const. Co. v. Stewart*, 284 F.Supp. 94.

I will list violations but not all

**1:** In the first hearings in 99 Commissioner John Carrow did willfully and with malice purposely mislead an unrepresented defendant with misleading statements as to the sole custody of his sons by asking the defendant "do you have a problem with the children living with the mother" 15 min later it was over. I had just lost all legal standing and rights to my children. I did not understand what he was doing but after studying the law I understand he just used the law in a very disgusting unlawful manner "since the commissioner knew what he was doing" abuse of power, abuse of discretion I was not an "absent parent" for the 9 years of marriage were does he have the right to do that?

> "The philosophy of all these cases is based upon the early rule of In re Campbell, 130 Cal. 380 [62 P. 613], that the right of a parent to the use of a minor child is a right of property of which a parent cannot be deprived unless the court finds that he or she is "unfit."" Booth v. Booth, (1945) 69 Cal. App. 2d 496, 159 P.2d 93 (Cal.App.Dist.1 06/08/1945)

In other hearings family court personal admitted errors in case management but did nothing about it, also when asked if they read the case prior to proceeding they stated they did not? How can someone hear a case without the facts? Those 15 min hearings are not due process either is rubber stamping cases. Also 10 day rule to file is ridicules when it takes them 7-8 days to send a order to defendant.

**2: I did request paternity test on second child and they put on paper that I did not. I had a right to ask and get one. To me that's perjury, fraud, and out right example of arrogance. "Fraud" Perjury**

Can the family court in this matter, use the socialist doctrine (and/or Feminist/femnazi Doctrine) "In the Best Interests of the Child" as a supporting basis in which to usurp and controvert the concise rule of law, to the detriment of your petitioner; as enumerated by the Constitution for the state of DELAWARE, and/or the Constitution for the united States

**"The U.S. Supreme Court has consistently protected parental rights, including it among those rights deemed fundamental. As a fundamental right, parental liberty is to be protected by the highest standard of review: the compelling interest test."**

> "When a parent is deprived of the custody of his child, and therefore of its services and earnings, *he is no longer liable for its support and education.*" *Selfridge v. Paxton*, 145 Cal. 713, 79 Pac. 425; *Ex parte Miller*, 109 Cal. 648, 42 Pac. 428; *McKay v. McKay*, 125 Cal. 65, 57 Pac. 677; *Matter of McMullin*, 164 Cal. 504, 129 Pac. 773; *People v. Hartman*, 23 Cal. App. 72, 137 Pac. 611.

**2: The child support hearing was another joke, the lying, the formula "which we now know to be fraudulent" also he ordered arrears which is unlawful under federal code.**

3: The division of child support does willfully commit fraud, perjury, cover up, conceals protects and discriminates against NCP –I can write a book on major violations can't calculate formulas, willfully neglect my administrative attempts to challenge them, Medicaid fraud, harassment, failure to report "their clients change in circumstances" They suspended my driving "privilege" protected under the constitution,"codes, rules, ordinances, are not laws they lack the proper citation of law. They are in fact, committing this Domestic Violence against your petitioner using color of law, using color authority, for the purposes of obtaining "Title IV-D" Welfare remuneration scams and/or schemes.

**Further more I was not a "missing or absent parent " The state did that so it could profit making one parent the CP and the other NCP violates my constitutional rights**

How does the caseworker find out about the other parent's income or assets?-works both ways = **Discrimination**

**The caseworker will make every possible effort to identify the parent's employment, property owned, and any other sources of income or assets.** This information must be verified before the support order is final. Under certain situations, the Internal Revenue Service may provide financial information about the parent's earned and unearned income, such as interest payments and unemployment compensation. Employers are now required to report hiring people to the state, and the state then provides the information to the National Directory of New Hires (NDNH), which is a part of the Federal Parent Locator Service (FPLS). The FPLS can provide income information from the NDNH and from states' quarterly wage records. The state CSE agency now has access to financial institution data, such as bank accounts and credit bureau data, which may provide information about employers and/or assets.

Furthermore I don't agree with the no fault divorce law and tried to contest and was told to shut up? Due process? Child support formula, we all know the factual basis which they claim are fraudulent

Sec. 2000b. Civil actions by the Attorney General

(a) Complaint; certification; institution of civil action; relief requested; jurisdiction; impleading additional parties as defendants
Whenever the Attorney General receives a complaint in writing signed by an individual to the effect that he is being deprived of or threatened with the loss of his right to the equal protection of the laws, on account of his race, color, religion, or national origin, by being denied equal utilization of any public facility which is owned, operated, or managed by or on behalf of any State or subdivision thereof, other than a public school or public college as defined in section 2000c of this title, and the Attorney General believes the complaint is meritorious and certifies that the signer or signers of such complaint are unable, in his judgment, to initiate and maintain appropriate legal proceedings for relief and that the institution of an action will materially further the orderly progress of desegregation in public facilities, the Attorney General is authorized to institute for or in the name of the United States a civil action in any appropriate district court of the United States against such parties and for such relief as may be appropriate, and such court shall have and shall exercise jurisdiction of proceedings instituted pursuant to this section. The Attorney General may implead as defendants such additional parties as are or become necessary to the grant of effective relief hereunder.
(b) Persons unable to initiate and maintain legal proceedings
The Attorney General may deem a person or persons unable to initiate and maintain appropriate legal proceedings within the meaning of subsection (a) of this section when such person or persons are unable, either directly or through other interested persons or organizations, to bear the expense of the litigation or to obtain effective legal representation; or whenever he is satisfied that the institution of such litigation would jeopardize the personal safety, employment, or economic standing of such person or persons, their families, or their property.
**Source**
(Pub. L. 88-352, title III, Sec. 301, July 2, 1964, 78 Stat. 246.)

A State shall not be immune under the Eleventh Amendment of the Constitution of the United States from suit in Federal court for a violation of section 504 of the Rehabilitation Act of 1973 [29 U.S.C. 794], title IX of the Education Amendments of 1972 [20 U.S.C. 1681 et seq.], the Age Discrimination Act of 1975 [42 U.S.C. 6101 et seq.], title VI of the Civil Rights Act of 1964 [42 U.S.C. 2000d et seq.], or the provisions of any other Federal statute prohibiting discrimination by recipients of Federal financial assistance.

**Title 42 USC Section 1983**   Laws: Cases and Codes : U.S. Code : Title 42 : Section 1983 Sec. 1983. - Civil action for deprivation of rights

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia

Title 18, U.S.C., Section 241
Conspiracy Against Rights This statute makes it unlawful for two or more persons to conspire to injure, oppress, threaten, or intimidate any person of any state, territory or district in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or the laws of the United States, (or because of his/her having exercised the same).

It further makes it unlawful for two or more persons to go in disguise on the highway or on the premises of another with the intent to prevent or hinder his/her free exercise or enjoyment of any rights so secured.

Punishment varies from a fine or imprisonment of up to ten years, or both; and if death results, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title or imprisoned for any term of years, or for life, or may be sentenced to death.

Title 18, U.S.C., Section 242
Deprivation of Rights Under Color of Law
This statute makes it a crime for any person acting under color of law, statute, ordinance, regulation, or custom to willfully deprive or cause to be deprived from any person those rights, privileges, or immunities secured or protected by the Constitution and laws of the U.S.

This law further prohibits a person acting under color of law, statute, ordinance, regulation or custom to willfully subject or cause to be subjected any person to different punishments, pains, or penalties, than those prescribed for punishment of citizens on account of such person being an alien or by reason of his/her color or race.

Acts under "color of any law" include acts not only done by federal, state, or local officials within the bounds or limits of their lawful authority, but also acts done without and beyond the bounds of their lawful authority; provided that, in order for unlawful acts of any official to be done under "color of any law," the unlawful acts must be done while such official is purporting or pretending to act in the performance of his/her official duties. This definition includes, in addition to law enforcement officials, individuals such as Mayors, Council persons, Judges, Nursing Home Proprietors, Security Guards, etc., persons who are bound by laws, statutes ordinances, or customs.

Punishment varies from a fine or imprisonment of up to one year, or both, and if bodily injury results or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire shall be fined or imprisoned up to ten years or both, and if death results, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

**Title 18, U.S.C., Section 1001**
**Fraud and False Statements**

U.S. Code as of: 01/02/01

Section 1001. Statements or entries generally

(a) Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully -

(1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact;
(2) makes any materially false, fictitious, or fraudulent statement or representation; or
(3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry; shall be fined under this title or imprisoned not more than 5 years, or both..

If the defendant derives pecuniary gain from the offense, or if the offense results in pecuniary loss or damage to a person or organization other than the defendant, the defendant may be fined an amount equal to 3 time the amount of the pecuniary gain or 3 times the value of the pecuniary loss or damage incurred in lieu of the penalties set forth in subsections (a) - (g) of this section.
(11 Del. C. 1953, § 4208; 58 Del. Laws, c. 497, § 2; 68 Del. Laws, c. 9, §§ 3, 4; 74 Del. Laws, c. 71, § 6.)

Do any of these ring a bell? Please respond ASAP so I know if further action will be required

                        Thanks in advance
                        Kerry G Peatt

Phone 302.494.6453
Email kerry.peatt@comcast.net